**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **DINAH LAFABER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 05-CV-2003 |
| ) | |
| **KANKAKEE COUNTY HOUSING** ) | |
| **AUTHORITY and DENISE RICHARDSON,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#4) was filed by the Magistrate Judge in the above cause on August 18, 2005. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#4) is accepted by this court.

(2) This case is dismissed for want of prosecution.

(3) This case is terminated.

ENTERED this 14th day of September, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE